460 A.2d 857

Commonwealth v. Maddalo, Appellant.

614

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.